**FILED**

08/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0074

THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0074

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRICE WILLIAM WILKE

      Defendant and Appellant

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that appellant is granted an extension of time to and include September 20, 2021, within which to prepare, file and serve, Appellant's reply brief on appeal.

No further extension of time will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2021